178 So.2d 278

## Mrs. Vera MOAK et al.

v.

## LINK–BELT COMPANY et al.

No. 47914.

Aug. 27, 1965.

In re: American Sugar Company, Continental Casualty Company and David L. Poindexter applying for writs of prohibition, certiorari and review.

The application is denied. We find no error of law or abuse of discretion in the ruling of the trial judge.

178 So.2d 278

## STATE of Louisiana ex rel. Richard HAMMOND (alias Robert T. Hammond)

v.

## Louis A. HEYD, Sr., Criminal Sheriff for the Parish of Orleans, State of Louisiana.

No. 47928.

Sept. 16, 1965.

In re: Richard Hammond alias Robert T. Hammond applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writ refused. We find no error in the judgment complained of.